No. 25-2358

**ZANDER SCHLACTER, *ET AL.*,**

*Plaintiffs-Appellees*,

v.

**U.S. DEPARTMENT OF STATE, *ET AL.*,**

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Maryland

(The Honorable George L. Russell,
United States District Judge for the District of Maryland)

**CONSENT MOTION FOR EXTENSIONS OF TIME
TO FILE APPELLATE BRIEFS AND JOINT APPENDIX**

Appellants, by and through undersigned counsel, pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 31(c), and with Appellees' consent, through their attorney, respectfully moves for an extension of time up through and including Friday, February 20, 2026, in which to file their opening brief and joint appendix, currently due on December 22, 2025. Appellees have kindly consented to this motion. The additional time is needed due to accommodate the parties' and counsels' personal and professional obligations, including planned time away from the office during the busy winter holiday season. No prejudice is

expected to inure to Appellees from this delay, especially because they consent to the same.

Appellant respectfully proposes the following modified deadlines:

JOINT APPENDIX due: February 20, 2026

BRIEF [Opening] due: February 20, 2026

BRIEF [Response] due: March 20, 2026

BRIEF [Reply] (if any) due: Within 21 days of service of response brief.

For the foregoing reasons, undersigned counsel respectfully asks the Court to grant the requested relief.

        Respectfully submitted,

        Kelly O. Hayes
        United States Attorney

        */s/ Melissa E. Goldmeier*
        Melissa E. Goldmeier, Bar number: 18769
        Assistant U.S. Attorney
        U.S. Attorney's Office, District of Maryland
        36 S. Charles Street, 4th Fl.
        Baltimore, MD 21201
        melissa.goldmeier@usdoj.gov
        (410) 209-4855