FILED:  December 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2358
(1:25-cv-01344-GLR)

_____

ZANDER SCHLACTER; JILL TRAN; LIA HEPLER-MACKEY; DAVID DOE;
PETER POE; KRIS KOE

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF STATE; MARK RUBIO, in his official
capacity as Secretary of State; UNITED STATES OF AMERICA

Defendants - Appellants

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request

for an extension of time in which to file the opening brief and joint appendix shall

be disfavored. The briefing schedule is extended as follows:

Joint appendix due: 02/20/2026

Opening brief due: 02/20/2026

Response brief due: 03/20/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

<u>/s/ Nwamaka Anowi, Clerk</u>