FILED: January 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2358
(1:25-cv-01344-GLR)

_____

ZANDER SCHLACTER; JILL TRAN; LIA HEPLER-MACKEY; DAVID DOE; PETER POE; KRIS KOE

      Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF STATE; MARK RUBIO, in his official capacity as Secretary of State; UNITED STATES OF AMERICA

      Defendants - Appellants

_____

O R D E R

_____

Upon consideration of the joint motion to stay pending final disposition of *Orr, et al., v. Trump, et al.*, United States District Court for the District of Massachusetts, Case No. 1:25- cv-10313-JEK, the court grants the motion and stays proceedings in this appeal. The parties shall immediately notify the court once proceedings in the District of Massachusetts are concluded.

For the Court

/s/ Nwamaka Anowi, Clerk