FILED: August 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2358
(1:25-cv-01344-GLR)

---

ZANDER SCHLACTER; JILL TRAN; LIA HEPLER-MACKEY; DAVID DOE; PETER POE; KRIS KOE

Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF STATE; MARK RUBIO, in his official capacity as Secretary of State; UNITED STATES OF AMERICA

Defendants - Appellants

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk